IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:13 cv 00557

**WENDY CASTLE, on behalf of AC**,

                                  Plaintiff

v.

**CAROLYN W. COLVIN,**
Acting Commissioner of Social Security,

                                  Defendant

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.  APPEARANCE OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Alonit Cohen | JOHN F. WALSH |
| Mark D. Elliott | United Stated Attorney |
| 7884 Ralston Road | |
| Arvada, CO  80002 | J. Benedict Garcia |
| Telephone:  (303) 424-5319 | Assistant United States Attorney |
| alonit@elliottlawoffices.com | District of Colorado |
| | |
| | Michael S. Howard |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 17th St. |
| | Denver, CO 80202 |
| | Telephone: (303) 844-7192 |
| | Michael.Howard@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:**    March 4, 2013

    B.    **Date Complaint Was Served on U.S. Attorney's Office:**  March 5, 2013

    C.    **Date Answer and Administrative Record Were Filed:**  May 6, 2013

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Counsel for Plaintiff states that the record is complete and accurate.

To the best of his knowledge, Counsel for Defendant states that the record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate. However, the Plaintiff reserves the right to supplement the record if necessary at the time of the Opening Brief.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES.**

The parties state that, to the best of their knowledge, this case does not involve any unusual claims or defenses.

**7. OTHER MATTERS**

There are no other matters anticipated. A prior remand was not issued by this court, only by the Appeals Council.

**8. BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:**    July 8, 2013

    B.    **Defendant's Response Brief Due:**    August 7, 2013

    **C.**    **Plaintiff's Reply Brief (If Any) Due:**    August 22, 2013

**9. STATEMENTS REGARDING ORAL ARGUMENT**

Plaintiff requests oral arguments.
Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.**  ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    **B.**  (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge

**11.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C. COLO. LCiv 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

    DATED this 28th day of May, 2013.

    BY THE COURT:

    <u>s/John L. Kane</u>
    U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| /s/ Alonit Cohen | /s/ Michael S. Howard |
| Alonit Cohen | By: Michael Howard |
| 7884 Ralston Road | Special Assistant U.S. Attorney |
| Arvada, CO  80002 | 1001 Seventeenth Street |
| Telephone (303) 424-5319 | Denver, CO  80202 |
| alonit@elliottlawoffices.com | Telephone: (303) 844-7237 |
| Attorney for Plaintiff | Michael.howard@ssa.gov |
| | Attorney for Defendant |